FILED: November 14, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1220
(8:18-cv-00492-PX)
_____

THUY-AI NGUYEN

      Plaintiff - Appellant

v.

JANET L. YELLEN, Secretary of the Treasury

      Defendant - Appellee

_____

O R D E R
_____

    The court grants an extension of the briefing schedule as follows:

    FRAP 30(c) page-proof response brief & service of additional designations due: 12/13/2023

    Joint appendix due: 12/27/2023

    Opening brief, response brief, and any reply brief in final form due: 01/08/2024

    Counsel is advised that no further extensions will be granted for filing the reply brief absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk